# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KATHLEEN REGINA MAESTAS,

    Plaintiff,

v.                                                                 No. CV 17-679 CG

NANCY A. BERRYHILL,
ACTING COMMISIONER OF SSA,

    Defendant.

## ORDER GRANTING APPLICATION TO PROCEED
## IN FORMA PAUPERIS AND DIRECTING SERVICE

**THIS MATTER** is before the Court upon Plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs*, (Doc. 2), filed June 27, 2017. The Court, having considered the Application, finds that the Application is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE