**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KATHLEEN REGINA MAESTAS,

    Plaintiff,

v.                                                   No. CV 17-679 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to the *Memorandum Opinion and Order*, (Doc. 22), which granted Plaintiff's *Motion To Reverse And Remand For Payment of Benefits, Or In The Alternative, For Rehearing, With Supporting Memorandum*, (Doc. 17), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REVERSING** and **REMANDING** this case to the Commissioner of the Social Security Administration for reinstatement and payment of continuing benefits.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE