IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KATHLEEN REGINA MAESTAS,

    Plaintiff,

v.                                        No. CV 17-679 CG

NANCY A. BERRYHILL,
Acting Commissioner of the Social
Security Administration,

    Defendant.

## ORDER AWARDING ATTORNEY FEES PURSUANT TO
## THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**THIS MATTER** is before the Court on Plaintiff's *Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, With Memorandum in Support*, (Doc. 24), filed September 14, 2018, in which Plaintiff requests an award of attorney fees in the amount of $9,441.40. On September 18, 2018, Plaintiff filed a *Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act*, (Doc. 25), stating that the parties have agreed to an award of $8,200.00 in attorney fees. Having considered the Motion, the stipulation, and the relevant law, the Court finds that Plaintiff's Motion should be **GRANTED in part**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, With Memorandum in Support*, (Doc. 24), be **GRANTED in part**, and that Plaintiff be awarded $8,200.00 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010) (providing EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b), Section 206(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE